UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOEL MOLINA TORRES and<br>EDGARDO RIVERA,<br><br>        Plaintiffs<br>v.<br><br>BURLINGTON COAT FACTORY<br>DIRECT CORPORATION, d/b/a<br>BURLINGTON COAT FACTORY,<br>et al.,<br><br>        Defendants | 1:09-cv-594-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 41) filed April 29, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (Docket No. 21) is **DENIED**. In addition, it is **ORDERED** that Plaintiffs' Request for Oral Argument (Docket No. 28) is **DENIED AS MOOT.**

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 17th day of May, 2011.